RECEIVED

SEP - 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ERIC DEVON NELSON,                    CIVIL ACTION NO. 1:17-CV-751-P
Petitioner

VERSUS                                JUDGE JAMES T. TRIMBLE JR.

FCI-POLLOCK,                          MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), and after a de novo review of the record including the objections filed by Petitioner (Docs. 6, 8, 9), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus is hereby DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 1 day of September, 2017.

_____
JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE